# Third District Court of Appeal

## State of Florida

Opinion filed January 2, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-937
Lower Tribunal Nos. 16-108-A-K & 16-604-A-K
_____

**Ryan Anthony Plummer,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Carlos J. Martinez, Public Defender, and James A. Odell, Assistant Public Defender, for appellant.

Pamela Jo Bondi, Attorney General, and Keri T. Joseph, Assistant Attorney General, for appellee.

Before SALTER, LOGUE, and SCALES, JJ.

PER CURIAM.

Based on the trial court's findings of fact after conducting a hearing where Appellant testified, Appellant's counsel was present, and the State was present, we affirm the trial court's denial of the Appellant's motion to withdraw his plea. Sheppard v. State, 17 So. 3d 275, 287 (Fla. 2009).

Affirmed.